United States of America (Government)

I've been going to the United states middle court since December 8th, ~~2000~~ I don't remember the date my document number 00420, I feel if federal Court can't ask them my trust fund what happened to $30,000.00 of my trust fund money in Florida. I stopped at the supreme court in new Orleans office of displinary counsel. I'm appealing my case. Its going to be a governmen shut down sometimes between September or Octobe of this year. If anybody can help me in the middle district court, How much would it cost For an antorney or prime minister from ~~Isree~~ Isreal cuntry. I never was charged for no Crime since I bought up my childhood vacci ation to my heart in 1971 & 1974

Mr. Christopher George Wiley III

Central state Hospital
founded in 1906
242 W. Shamrock
Pineville, LA
71360

RECEIVED
JUN 22 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

SUPREME COURT OF LOUISIANA

NO. 2023-OB-0558

IN RE: APPEAL OF DECISION OF
DISCIPLINARY BOARD NO. 22-INT-1478

---

ORDER

---

Considering the application filed by complainant,

IT IS ORDERED that the application not be considered. See Supreme Court Rule XIX, § 11(A).

NEW ORLEANS, LOUISIANA, this 31st day of May, 2023.

FOR THE COURT:

_____
JUSTICE, SUPREME COURT OF LOUISIANA

# The Supreme Court of the State of Louisiana

IN RE: APPEAL OF THE DECISION OF THE
DISCIPLINARY BOARD NO. 22-INT-1478         No. 2023-OB-00558

------

IN RE: Confidential Party - Applicant Other; Appeal of the Decision of the Disciplinary Board;

------

**May 31, 2023**

Not considered. See order.

> JDH
> JLW
> SJC
> JTG
> WJC
> JBM
> PDG

Supreme Court of Louisiana
May 31, 2023

*Katie Marjanouic*

Chief Deputy Clerk of Court
    For the Court

Christopher George Wiley, III
P.O. Box 5031
Pineville, LA
71360

US POSTAGE — PITNEY BOWES
ZIP 71360 $ 000.60⁰
02 4W
0000388806 JUN 20 2023

SCREENED
CK
U.S. MARSHAL

United States Middle District Court
777 Florida St.
Baton Rouge, LA
70821

70801-171795