UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER GEORGE WILEY, III (#131398)** | **CIVIL ACTION NO.** |
| **VERSUS** | **23-495-JWD-EWD** |
| **UNITED STATES OF AMERICA GOVERNMENT** | |

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED** that the Plaintiff's claims be and are hereby **DISMISSED, WITHOUT PREJUDICE**, for failure of Plaintiff to pay the Court's filing fee.

Signed in Baton Rouge, Louisiana, on September 7, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**